IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY BROOKS** | : | CIVIL ACTION NO. 1:10-CV-2006 |
| | : | |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| | : | |
| **LT. GOSS, SGT. MCELWAIN,** | : | |
| **C/O SPIELES, C/O WEIS,** | : | |
| **C/O CLARK, C/O TROUTMAN and** | : | |
| **NURSE DOE** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is an April 18, 2011 report of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the report and recommendation of Magistrate Judge Smyser.

2) Defendant Nurse Doe is **DISMISSED** from this case pursuant to Fed.R.Civ.P. 4(m).

3) The case is **REMANDED** to Magistrate Judge Smyser for further proceedings.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: May 9, 2011